7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Dana J Snyder and Heather E Snyder
**Debtor**

*Bankruptcy Case No.*
14–41766–drd7

**United States Trustee**
    Plaintiff(s)

*Adversary Case No.*
14–04096–drd

v.

**Patrick S. Morris**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Accordingly, it is the ORDER AND JUDGMENT of this Court:

a. imposing a fine of $500 on the Defendant;

b. requiring the Defendant within 30 days of this Order to provide an accounting of each instance in which pro se filings were prepared for debtors in this judicial district, and an accounting of all funds received in all such instances;

c. disallowing and ordering the immediate turnover of all fees collected by the Defendant in this case, and in every other case in which pro se filings were prepared by the Defendant for debtors in this judicial district, pursuant to § 110(h)(3)(B); and

d. enjoining the Defendant from acting as a bankruptcy petition preparer in the U.S. Bankruptcy Court for the Western District of Missouri.

    Ann Thompson
    Court Executive

    By: /s/ Beth Graham
        Deputy Clerk



Date of issuance: 9/30/14

Court to serve